# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2908
Lower Tribunal No. 2020-CA-009787-O

_____

FOWLER, O'QUINN, FEENEY & SNEED, P.A.,

Appellant,

v.

AEGIS BUSINESS STRATEGIES, LTD., LYNDON BROWN, NAADIR CASSIM, CHRISTIAN READ O'QUINN, as Personal Representative of the ESTATE OF MICHAEL ALLEN O'QUINN, and MICHAEL O'QUINN, P.A.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

May 21, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and SMITH, JJ., concur.


William G. Osborne, of William G. Osborne, P.A., Orlando, for Appellant.

Benjamin Webster and Katherine Thanos, of Morgan & Morgan, P.A., Orlando, for Appellee Aegis Business Strategies, Ltd.

No Appearance for Appellees, Lyndon Brown, Naadir Cassim, Christian Read O'Quinn, as Personal Representative of the Estate of Michaell Allen O'Quinn, or Michael O'Quinn, P.A.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED